CHALOS & CO, P.C.
*Attorneys for Plaintiff*
Melissa Patzelt-Russo
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone: (516) 714-4300

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLANDER INTERNATIONAL BUNKERING INC., <br><br> Plaintiff, <br><br> v. <br><br> M/V DVINA GULF, IMO No. 9336464, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendant. | IN ADMIRALTY <br><br> NO. 2:19-cv-05206 |

### PROPOSED ORDER APPOINTING NATIONAL MARITIME SERVICES AS SUBSTITUTE CUSTODIAN

Upon the Motion of Plaintiff, GLANDER INTERNATIONAL BUNKERING INC., for the appointment of a Substitute Custodian for the M/V DVINA GULF in lieu of the United States Marshal in this case, and good cause appearing therefore, it is hereby:

ORDERED that the Plaintiff's Motion is granted, and the United States Marshal shall transfer custody of the M/V DVINA GULF (IMO 9336464), immediately following her arrest and attachment, to the custody of the substitute custodian, NATIONAL MARITIME SERVICES (hereinafter "National"); and it is further

ORDERED that upon transfer of the M/V DVINA GULF to the substitute custodian, the aforesaid substitute custodian shall be appointed to act as substitute custodian of the M/V DVINA GULF during *custodia legis* on behalf of this Court, in place and instead of the United

States Marshal, until written notice of release has been given by the Plaintiff to the United States Marshal or has been ordered by this Court; and it is further

ORDERED that upon transfer of the M/V DVINA GULF to the substitute custodian by the United States Marshal, the United States Marshal shall not be liable for any loss occurring while she remains in the custody of the substitute custodian; and it is further

ORDERED that after the M/V DVINA GULF is arrested and attached, the substitute custodian shall cause and be responsible to have the M/V DVINA GULF remain at an appropriate berth and/or anchorage within the District of New Jersey; and it is further

ORDERED that during *custodia legis*, the substitute custodian will permit the vessel to undergo normal cargo operations, both loading and discharge, shift berths within the District of New Jersey, and/or undergo repairs, but always at the risk and expense of the vessel's interests, and always remaining within the District.

SIGNED at Newark, New Jersey this 11th day of February 2019.

UNITED STATES DISTRICT COURT JUDGE