UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK

-----------------------------------------------------------x
GLANDER INTERNATIONAL BUNKERING
INC.,

                      Plaintiff,              IN ADMIRALTY

v.                                                   2:19-CV-5206 (ES)

M/V DVINA GULF, IMO No. 9336464, her      **ORDER AUTHORIZING**
engines, freights, apparel, appurtenances, tackle,  **SUBSTITUTE CUSTODIAN**
etc, *in rem*,                                        **AND U.S. MARSHAL TO**
                                                         **RELEASE VESSEL FROM**
                    Defendant.            **ARREST**
-----------------------------------------------------------x

        Plaintiff, Glander International Bunkering, Inc. ("Glander"), and counsel for Viterlef Management Co., Inc. ("Viterlef"), as Claimant to the *in rem* defendant M/V DVINA GULF (the "Vessel"), appear and advise the Court of the following:

        1.    On February 13, 2019, an Escrow Agreement was entered into between Glander and Viterlef, as Claimant to the Vessel pursuant to which Viterlef has provided substitute security in the amount of USD 1,078.065.90 to stand in place of the Vessel and serve as security for Plaintiff's *in rem* claims against the Vessel.

        2.    In exchange for the execution of the Escrow Agreement and accompanying provision of security, Glander has agreed to request that this Court order the release of the Vessel from arrest and immediately permit the Vessel to depart from the Port of New York/New Jersey.

        3.    Glander continues to agree to hold harmless the U.S. Marshal for the United States District Court for the State of New Jersey, its agents and employees from

1

claims asserted by reason of the requested release for any act or occurrence up until said time the Vessel is formally released to its owner and operator.

NOW THEREFORE IT IS ORDERED that the Substitute Custodian, National Maritime Services, and the U.S. Marshal be directed to release the M/V DVINA GULF back to the vessel owner Viterlef; and

IT IS FURTHER ORDERED the pursuant to the agreement of the parties, the Escrow Amount of USD 1,078,065.90 is approved as substitute security for Glander's *in rem* claims against the M/V DVINA GULF; and

IT IS FURTHER ORDERED that the Vessel may immediately depart the Port of New York/New Jersey

Dated: February 13, 2019

Consented to:

| | |
|---|---|
| CHALOS & Co, P.C.<br>Attorneys for Glander International Bunkering Inc.<br><br>Melissa Patzelt-Russo<br>55 Hamilton Ave.<br>Oyster Bay, New York 11771<br>T: 516-714-4300<br>E: mrusso@chaloslaw.com | FREEHILL HOGAN & MAHAR LLP<br>Attorneys for M/V DVINA GULF<br><br>William H. Yost<br>549 Summit Avenue<br>Jersey City, NJ 07306<br>T: 973-623-5514<br>E: yost@freehill.com |

SO ORDERED:

Esther Salas, UNITED STATES DISTRICT JUDGE.

Dated: February 13, 2019

2