CHALOS & CO, P.C.
*Attorneys for Plaintiff*
Melissa Patzelt-Russo
Briton P. Sparkman
55 Hamilton Avenue
Oyster Bay, NY 11771
Telephone: (516) 714-4300

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GLANDER INTERNATIONAL BUNKERING INC., <br><br> Plaintiff, <br><br> v. <br><br> M/V DVINA GULF, IMO No. 9336464, her engines, freights, apparel, appurtenances, tackle, etc., *in rem*, <br><br> Defendant. | IN ADMIRALTY <br><br> NO. 2:19-cv-05206 |

**MOTION FOR SUMMARY JUDGMENT**

TO: THE CLERK OF COURT AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE**, that Plaintiff Glander International Bunkering Inc. (hereinafter "Plaintiff"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. Rule 56 and Local Rule 56.1., moves this Court, before the Honorable Esther Salas of the United States District Court for the District of New Jersey, for an Order granting summary judgment as a matter of law in favor of Plaintiff as to all claims contained in Plaintiff's Verified Complaint. Plaintiff will rely, in support of the motion, on the accompanying Memorandum of Law, Rule 56.1 Statement of Undisputed Material Facts, the Declaration of attorney Briton P. Sparkman with attached Exhibits A-F, and the pleadings and papers already on file in this action.

Dated: February 5, 2021                                Respectfully submitted,
       Oyster Bay, New York

                                                            CHALOS & CO, P.C.

                                 By:    /s/ Melissa Patzelt-Russo_____
                                          Melissa Patzelt-Russo, Esq. (MP-8150)
                                          Briton P. Sparkman, Esq. (Admitted PHV)
                                          55 Hamilton Avenue
                                          Oyster Bay, New York 11771
                                          Telephone: 516-714-4300
                                          Facsimile: 516-750-9051
                                          mrusso@chaloslaw.com
                                          bsparkman@chaloslaw.com

                                          *Attorneys for Plaintiff*
                                          *Glander International*
                                          *Bunkering Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February 2021, a true and correct copy of Plaintiff's Notice of Motion was served on all counsel of record:

Michael E. Unger, Esq.
Freehill Hogan & Mahar
549 Summit Ave.
Jersey City, NJ 07306-2701
Telephone: 973-623-5514
Facsimile: 973-623-5514

*Attorneys for Viterlef*
*Management Co. Inc. as*
*Owner and Claimant to the*
*in rem defendant vessel*
*M/V DVINA GULF*

                                                    /s/ Melissa Patzelt-Russo
                                                    Melissa Patzelt-Russo, Esq.